People v Thomas (2021 NY Slip Op 50203(U))

[*1]

People v Thomas (Gerald)

2021 NY Slip Op 50203(U) [70 Misc 3d 144(A)]

Decided on March 12, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 12, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt, J.P., Brigantti, Hagler, JJ.

570695/16

The People of the State of New 
 York, Respondent,
against
Gerald Thomas, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Laurie Peterson, J.), rendered May 13, 2016, after a nonjury trial, convicting him
of attempted forcible touching and sexual abuse in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered May 13, 2016, affirmed.
The verdict convicting defendant of attempted forcible touching (see Penal Law
§§ 110, 130.52[1]) and sexual abuse in the third degree (see Penal Law §
130.55) was supported by legally sufficient evidence and was not against the weight of the
evidence (see People v Danielson, 9 NY3d 342, 348 [2007]). There is no basis to disturb
the court's credibility determinations in which it accepted the victim's account of the incident.
Notably, the trial court, having seen and heard the witnesses, could assess their credibility and
reliability in a manner that is far superior to that of this court, which must rely on the printed
record (see People v Lane, 7 NY3d 888, 890 [2006]). The court rationally found that
defendant's conduct, in which he pressed his penis against the victim's buttocks for several
seconds, moving from left to right, was intentional touching for the purpose of sexual
gratification, and not accidental or inadvertent contact resulting from his claimed poor eyesight
(see People v Lopez, 168 AD3d
418, 419 [2019], lv denied 33 NY3d 1033 [2019]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 12, 2021